B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Jonathan J. & Martha Henry  ,     Case No.  13-30331

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

MBC Investments, LLC
Name of Transferee

Carmel Financial Corporation
Name of Transferor

Name and Address where notices to transferee should be sent:
 PO Box 1584
 Wausau, WI 54402

Court Claim # (if known):  #2
Amount of Claim:  $7,316.81
Date Claim Filed:  03/14/2013

Phone:  715-849-4959
Last Four Digits of Acct #:  0149

Phone:  Unknown
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brittany Kruegar
    Transferee/Transferee's Agent

Date:  01/22/2018

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## ASSIGNMENT OF RECOVERY ACCOUNTS

For value received, in accordance with the Sale and Assignment Agreement (the "Agreement") dated as of July 8, 2016, by and between Carmel Financial Corporation, Inc. (the "Seller") and Aqua Finance, Inc. (the "Purchaser"), the Seller does hereby sell, assign, transfer and otherwise convey unto the Purchaser's Assignee, MBC Investments, LLC (the "Purchaser's Assignee"), without recourse, except as otherwise expressly provided in the Agreement, all right, title and interest of the undersigned in and to (i) the Contracts identified on the schedule attached as Exhibit A and all moneys received on the Contracts subsequent to the Cut-off Date; (ii) the related Security Interests; and (iii) the proceeds of any and all of the foregoing.

This Assignment to Purchaser's Assignee is made pursuant to and upon the representations, warranties and agreements of the undersigned contained in the Agreement and is to be governed by the Agreement.

Capitalized terms used in this Assignment and not otherwise defined will have the meaning assigned to them in the Agreement.

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be duly executed as of July 20, 2016.

CARMEL FINANCIAL CORPORATION, INC.

By: _____
Tracey Sheehan, President

249425